# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Edward Pile**
Debtor(s)

Case No. **23-70381**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Edward Pile**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **November 30, 2023**

Signature **/s/ Edward Pile**
**Edward Pile**
Debtor

AARON ENTERPRISES, INC
300 CLOVERLEAF ROAD
YORK, PA 17406

| Emp No. | Name / Address |
|---|---|
| 1746 | EDWARD R. PILE |
| | 194 MILLER ROAD |
| | SALIX, PA 15952 |

Filing Status: H 0

Ref Number: 10282301
Deposit Date: 11/03/23
Pay Period: 10/22/23 - 10/28/23
Pay Frequency: Weekly

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| REGULAR | 47.42000 | 40.00 | 1,896.80 | 2,824.68 |
| OVERTIME @1.5 | 71.13000 | 44.00 | 3,129.72 | 3,698.76 |
| TRUCK PAY | | | 490.00 | 630.00 |
| BOOT PAY/PIPELINE | | | 10.00 | 20.00 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FEDERAL | 1,330.79 | 1,570.36 |
| FICA-SS | 342.64 | 444.75 |
| FICA-MED | 80.13 | 104.01 |
| PA STATE | 169.66 | 220.22 |
| PA SDI | 3.87 | 5.02 |
| YORK COUNTY LOCAL | 55.27 | 71.74 |
| LOCAL SERVICE TAX | 1.00 | 2.00 |
| UNION DUES EPEC | 4.20 | 5.60 |
| UNION DUES - PERCENTA( | 100.53 | 133.69 |
| SERVICE DUES - VA LOCAl | 5.00 | 10.00 |

**Important Messages:**

### This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 5,526.52 | 2,093.09 | 3,433.43 |

### Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 7,173.44 | 2,567.39 | 4,606.05 |

PILEEDWARD

| Date | Ref No. | Amount |
|---|---|---|
| 11/03/23 | 10282301 | 3,433.43 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********6815 | **********9076 | C | 3,433.43 |
| | | Total Current Net: | 3,433.43 |

EDWARD R. PILE
194 MILLER ROAD
SALIX, PA 15952

| | | | | | |
|---|---|---|---|---|---|
| EMPLOYEE NUMBER | PIL22079 | | PAY PERIOD | 10/07/2023 | |
| REGULAR RATE | 34.790 | | ADVICE DATE | 10/11/2023 | |
| OVERTIME RATE | 52.190 | | ADVICE NUMBER | 125003 | |
| PREMIUM RATE | 69.580 | | ADVICE AMOUNT | *****934.90 | |
| HOME DEPARTMENT | | | | | |

| EARNINGS AND BENEFITS | | | DEDUCTIONS AND BENEFITS | | |
|---|---|---|---|---|---|
| DISTRIBUTION | HOURS | AMOUNT | DISTRIBUTION | AMOUNT | YTD |
| Regular | 40.00 | 1,471.60 | Garnishment-Percent | 147.16 | 147.16 |
| | | | 2022 Wel/Pension Add | 933.20 | 32,592.02 |
| | | | 2022 Dues Addendum | 29.43 | 987.34 |
| | | | 2022 Ind. Advance. A | 7.36 | 246.89 |
| | | | 2022 Employee Ded. A | 39.20 | 1,369.06 |
| TOTAL FED EARNINGS | | 1,471.60 | TOTAL DEDUCTIONS | 215.79 | |
| TOTAL FED YEAR-TO-DATE | | 57,364.16 | TOTAL BENEFITS | 940.56 | |

| TAX | AMOUNT | YEAR-TO-DATE | TAX | AMOUNT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| FEDERAL | 147.55 | 5,936.48 | Pennsylvania | 45.18 | 1,761.04 |
| SOC SEC | 91.24 | 3,556.58 | | | |
| MEDICARE | 21.34 | 831.78 | | | |
| ADAMS TOWNSHI | 14.72 | 350.30 | | | |
| PA Unemployme | 0.88 | 34.37 | | | |

**CURRENT NET PAY DISTRIBUTION** 1st Summit Bank    *************9076    934.90

Golden Triangle Const. Co. Inc.                ADVICE DATE    10/11/2023    ADVICE NUMBER    125003

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

NON-NEGOTIABLE

Edward Pile
194 Miller RD

Salix, PA 15952-

Edward Pile

| | | | | | |
|---|---|---|---|---|---|
| EMPLOYEE NUMBER | PIL22079 | | PAY PERIOD | | 09/30/2023 |
| REGULAR RATE | | 34.790 | ADVICE DATE | | 10/04/2023 |
| OVERTIME RATE | | 52.190 | ADVICE NUMBER | | 124771 |
| PREMIUM RATE | | 69.580 | | | |
| HOME DEPARTMENT | | | ADVICE AMOUNT | | *****1,022.69 |

| EARNINGS AND BENEFITS | | | DEDUCTIONS AND BENEFITS | | |
|---|---|---|---|---|---|
| DISTRIBUTION | HOURS | AMOUNT | DISTRIBUTION | AMOUNT | YTD |
| Regular | 40.00 | 1,391.60 | 2022 Wel/Pension Add | 933.20 | 31,658.82 |
| | | | 2022 Dues Addendum | 27.83 | 957.91 |
| | | | 2022 Ind. Advance. A | 6.96 | 239.53 |
| | | | 2022 Employee Ded. A | 39.20 | 1,329.86 |
| TOTAL FED EARNINGS | | 1,391.60 | TOTAL DEDUCTIONS | 67.03 | |
| TOTAL FED YEAR-TO-DATE | | 55,892.56 | TOTAL BENEFITS | 940.16 | |

| TAX | AMOUNT | YEAR-TO-DATE | TAX | AMOUNT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| FEDERAL | 137.95 | 5,788.93 | Pennsylvania | 42.72 | 1,715.86 |
| SOC SEC | 86.28 | 3,465.34 | | | |
| MEDICARE | 20.18 | 810.44 | | | |
| ADAMS TOWNSHI | 13.92 | 335.58 | | | |
| PA Unemployme | 0.83 | 33.49 | | | |

**CURRENT NET PAY DISTRIBUTION**  1st Summit Bank              *************9076              1,022.69

Golden Triangle Const. Co. Inc.        ADVICE DATE    10/04/2023    ADVICE NUMBER    124771

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

NON-NEGOTIABLE

Edward Pile
194 Miller RD

Salix, PA 15952-