# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Edward Pile** | ) | Case No. 23-70381-JAD |
| | ) | |
| | ) | **Chapter 13** |
| **Debtor(s).** | ) | |
| _____ | X | Related to Docs. #15, 27 and 35 |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑ a motion to dismiss case or certificate of default requesting dismissal

☒ a plan modification sought by: <u>The Debtor</u>

❑ a motion to lift stay
as to creditor  _____

❑ Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated <u>December 1 2023</u>
    Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Debtor(s) Plan payments shall be changed from $ ___<u>$2199.00</u>___ to <u>$2225.00</u> per __Month, effective __<u>May 2025</u>__ ; and/or the Plan term shall be changed from ___ months to ____ months.

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

[04/22]                                              -1-

    the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑ Debtor(s) shall file and serve _____ on or before _____.

- ❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: <u>Notice of mortgage payment change dated May 1 2025 Nationstar Mortgage, Attorneys Fee are increased by 1,500.00</u>

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __7th__ day of __May__, 202__5__

Dated: _____5/7/2025_____

_____
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:

/s/ Lawrence W. Willis
Lawrence W. Willis
Counsel to Debtor

Stipulated by:

/s/ Jim Warmbrodt
Jim Warmbrodt
Counsel to Chapter 13 Trustee

cc: All Parties in Interest to be served by Clerk

FILED
5/7/25 8:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 23-70381-JAD

Edward Pile                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2

Date Rcvd: May 07, 2025      Form ID: pdf900      Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Pile, 194 Miller Road, Salix, PA 15952-9318 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15657176 | | Email/Text: bankruptcy@cbtno.com | May 08 2025 00:02:00 | CRESCENT BANK & TRUST, PO BOX 2829, ADDISON, TX 75001 |
| 15663604 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2025 00:11:30 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15655825 | + | Email/Text: bankruptcy@cbtno.com | May 08 2025 00:03:00 | Crescent Bank, Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 15655826 | + | Email/Text: bankruptcydpt@mcmcg.com | May 08 2025 00:02:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15655827 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 08 2025 00:02:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15673707 | | Email/Text: nsm_bk_notices@mrcooper.com | May 08 2025 00:02:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15675018 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 08 2025 00:11:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| 15663605 | *+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15663606 | *+ | Crescent Bank, Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 15663607 | *+ | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15663608 | *+ | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15655824 | ##+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: May 07, 2025 | Form ID: pdf900 | Total Noticed: 8 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2025         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com |
| Lawrence Willis | on behalf of Debtor Edward Pile ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven K. Eisenberg | on behalf of Creditor NATIONSTAR MORTGAGE LLC seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |

TOTAL: 5